JOSEPH CURRO, Respondent, v. LOUIS A. MARINO, Appellant, et al., Defendant.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.